# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2466
LT Case No. 2022-CA-2485

_____

JEANNIE FINLEY,

    Appellant,

    v.

LAKEVIEW LOAN SERVICES, LLC,
RICHARD A. CAPELLAN and
JAMIE GARCIA,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
A.C. Soud, Jr., Judge.

Louis C. Arslanian, of Ted Hollander & Associates, P.A.,
Hollywood, for Appellant.

Heather L. Griffiths, of Padgett Law Group, Tallahassee, for
Appellee, Lakeview Loan Servicing, LLC.

Edward F. Holodak, of Holodak, P.A., Ft. Lauderdale, for
Appellee, Jamie Garcia.

No Appearance for Appellee, Richard A. Capelan.

May 21, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---